IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 14-40018 |
| Plaintiff, | ) ) ) | MINUTES OF COURT |
| vs. | ) ) ) | DATE: 5/28/2014 |
| Delbert Bargo, Jr., | ) ) | ) |
| Defendant(s). | ) ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) : N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

This matter is before the court on the defendant's Motion to Continue Final Pre-trial (doc. # 20).

The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion.

IT is hereby ORDERED that this matter Is STRICKEN from the final pre-trial setting of 6/5/2014 and reset for final pre-trial on 6/12/2014 at 9:30 a.m.  This matter remains on the 6/16/2014 trial docket.

JUSTINE FLANAGAN, ACTING  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk